IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DIEGO GEREMIAS CORTEZ VELASQUEZ, | § § § § § | |
| *Petitioner,* | § § | 5-20-CV-00674-OLG-RBF |
| vs. | § § | |
| JOSE M. CORREA, SR., ICE San Antonio Field Office Director of Detention; CHAD WOLF, Acting Secretary, DHS; MATTHEW T. ALBENCE, Deputy Director, ICE Senior Official; RAY CASTRO, Warden, South Texas Detention Complex; and WILLIAM BARR, United States Attorney General; | § § § § § § § § § § § § | |
| *Respondents.* | § | |

**ORDER**

Before the Court is the status of the above-referenced case, which was referred to me for disposition of all pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 18. In light of the parties Joint Stipulation of Dismissal, Dkt. No. 22, the hearing set for March 3, 2021, is hereby **CANCELLED.**

Accordingly, having considered and acted upon all matters for which the above-entitled and numbered case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 2nd day of March, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE